# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0423.  JOSEPH MAHAFFEY v. THE STATE.**

In 2008, Joseph Mahaffey was convicted of armed robbery and false imprisonment. He filed a motion for new trial, which the trial court denied. Mahaffey did not appeal at that time. In 2014, Mahaffey filed a pro se motion for out-of-time appeal. The trial court denied the motion, and Mahaffey filed a notice of appeal. The notice stated, "The Court of Appeals Georgia and the Supreme Court of Georgia [have] the appellate jurisdiction in this matter[.]"

The trial court clerk transmitted the appellate record both to this Court and to the Supreme Court. The appeal was docketed here as Case No. A19A2244[1] and in the Supreme Court as Case No. S19A1431. The Supreme Court transferred Case No. S19A1431 to us upon finding that it lacked subject matter jurisdiction, and the case

---

[1] We subsequently dismissed the appeal because Mahaffey failed to file a brief and enumeration of errors. See Case No. A19A2444 (dismissed Aug. 5, 2019).

was re-docketed here as the instant appeal. Because this case is duplicative of Case No. A19A2444, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   10/16/2019  *
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                                          *, Clerk.*